# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE
## ORDER OF PRODUCTION

**NO:** 1:04-10025-01-T

**USA v.** Robert Newton

**AD** Prosequendum

**FOR:** Re-Sentencing

**TO:** USM, Western District of TN
Warden, FCI Forrest City Low
Federal Correctional Institution
P. O. Box 9000
Forrest City, AR 72336

YOU ARE HEREBY COMMANDED to have the person of **Robert Newton, Inmate # 19351-076,** by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at 9:00 a.m. on the 13th day of January 2006,** then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS 9th DAY OF December, 2005.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___12-14-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 1:04-CR-10025 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Victoria L. DiBonaventura
LAKE TINDALL & THACKSTON
P.O. Box 918
Greenville, MS 38701

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT